DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM E. BYNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2711

[February 12, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502001CF000912A.

William E. Bynes, Everglades, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sustakoski v. State*, 992 So. 2d 306 (Fla. 4th DCA 2008) (the requisite predicate convictions necessary to impose a violent career criminal sentence need not be submitted to a jury); *see also Lee v. State*, 383 So. 3d 816, 817 (Fla. 4th DCA 2024).[1]

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] Similar to *Lee*, we acknowledge that appellant has argued the Court's decision in *Erlinger v. United States*, 602 U.S. 821 (2024) may be dispositive in the instant case.